NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1299, -1347

HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD.,
and HYNIX SEMICONDUCTOR DEUTSCHLAND GMBH,

Plaintiffs-Appellants,

v.

RAMBUS INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Northern District of California in case no. 00-CV-20905, Senior Judge Ronald M. Whyte.

ON MOTION

ORDER

Upon consideration of Hynix Semiconductor Inc. et al.'s unopposed motion for a 45-day extension of time, until July 30, 2009, to file their opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 12 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Walter Dellinger, Esq.
Michael J. Schaengold, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 12 2009

JAN HORBALY
CLERK